UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BOBBIE JO FORTE a/k/a BOBBI JO FORTE

                              *Plaintiff,*

         -against-

THE VILLAGE OF RED HOOK, THE COUNTY OF DUTCHESS, DUTCHESS COUNTY SHERIFF ADRIAN H. ANDERSON, DUTCHESS COUNTY DISTRICT ATTORNEY WILLIAM V. GRADY, ASSISTANT DISTRICT ATTORNEY MIRIAM CITRO, THOMAS D'AMICANTONIO, TRAVIS STERRITT, NICHOLAS NORTON individually and in their official capacity as Village of Red Hook DETECTIVE/POLICE OFFICERS, and DANA RUSSO, individually and in her official capacity as Dutchess County SHERIFF DEPUTY.

                              *Defendants.*
-----------------------------------------------------------------------X

SHORT ORDER
20-CV-08152-NSR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2021

**<u>APPEARANCES:</u>**

Anne LaBarbera Professional Corporation
*Special Litigation Counsel to Fred Stevens, in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Plaintiff Bobbie Jo Forte.*
405 Lexington Avenue
9th Floor, Suite 916
New York, NY 10174
    By:   Anne LaBarbera, Esq.

McCabe & Mack LLP
*Attorneys for Defendants, The County of Dutchess, Dutchess County Sheriff Adrian H. Anderson, William V. Grady, Assistant District Attorney Miriam Citro, and Dana Russo*
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602-0509
    By:   David Posner

Portale Randazzo LLP
*Attorneys for Defendants. The Village of Red Hook, Thomas D'Amicantonio, Travis Sterritt and Nicholas Norton*
245 Main Street, Suite 340
White Plains, New York 10601
    By:   James Randazzo

WHEREAS, on October 1, 2020 this action was commenced by Plaintiff, Bobbie Jo Forte a/k/a Bobbie Jo Forte ("Forte") against The Village Of Red Hook, The County Of Dutchess, Dutchess County Sheriff Adrian H. Anderson, Dutchess County District Attorney William V. Grady, Assistant District Attorney Miriam Citro, Thomas D'amicantonio, Travis Sterritt, Nicholas Norton individually and in their official capacity As Village Of Red Hook Detective/Police Officers, and Dana Russo, individually and in her official capacity As Dutchess County Sheriff Deputy, and

WHEREAS, on December 23, 2020 Plaintiff, Forte filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York [Case No. 20-36241-cgm], and

WHEREAS, Fred Stevens was appointed interim trustee of Forte's estate and on January 21, 2021 became the permanent Chapter 7 Trustee of Forte's bankruptcy estate by virtue of section 702(d) of t he Bankruptcy Code; and

WHEREAS, Fred Stevens is the real Plaimtiff party in interest pursuant to Rule 17 (a);  and

WHEREAS, Fred Stevens by and through counsel has moved this court pursuant to Rule 25(c) t hat he be substituted for Forte as the party-plaintiff the action herein; and

WHEREAS, all Defendants by and through counsel advised that they would not oppose the motion to substitute the Trustee as the party-plaintiff for Forte; and

WHEREAS, this Court finds good cause to grant the relief requested;

IT IS HEREBY ORDERED that Fred Stevens' Motion to be substituted in his capacity as Chapter 7 Bankruptcy Trustee of the Bankruptcy Estate of Bobbie Jo Forte as Plaintiff for Bobbie Jo Forte a/k/a Bobbi Jo Forte and to amend the caption is granted, and

IT IS FURTHER ORDERED that the Clerk shall change the caption to reflect the substitution and the new caption shall be:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FRED STEVENS, IN HIS CAPACITY AS CHAPTER 7
TRUSTEE OF THE BANKRUPTCY ESTATE OF BOBBIE
JO FORTE,                                                    20-CV-08152-NSR

                           Plaintiff,

        -against-

THE VILLAGE OF RED HOOK, THE COUNTY OF
DUTCHESS, DUTCHESS COUNTY SHERIFF ADRIAN H.
ANDERSON, DUTCHESS COUNTY DISTRICT
ATTORNEY WILLIAM V. GRADY, ASSISTANT DISTRICT
ATTORNEY MIRIAM CITRO, THOMAS
D'AMICANTONIO, TRAVIS STERRITT, NICHOLAS
NORTON individually and in their official capacity as Village
of Red Hook DETECTIVE/POLICE OFFICERS, and DANA
RUSSO, individually and in her official capacity as Dutchess
County SHERIFF DEPUTY.

                           Defendants.
------------------------------------------------------------------------X
```

The Clerk of the Court is kindly directed to terminate the Motion at ECF No. 64.

**SO ORDERED.**

Dated: June 16, 2021
       White Plains, New York

                                        _____
                                        NELSON S. ROMÀN
                                        United States District Court Judge
                                        Southern District of New York