**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
FRED STEVENS, IN HIS CAPACITY AS CHAPTER
7 TRUSTEE OF THE BANKRUPTCY ESTATE OF
BOBBIE JO FORTE,

                      Plaintiff,

     -against-                                              20 **CIVIL** 8152 (NSR)

                                                                  **<u>JUDGMENT</u>**

THE VILLAGE OF RED HOOK et al.,

                     Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 10, 2024, the Defendants' motions to dismiss the Amended Complaint are GRANTED. Because the Court previously granted Plaintiff leave to file an Amended Complaint, (see ECF No. 70), all claims herein are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      April 10, 2024

                                                                 **RUBY J. KRAJICK**
                                                                   _____
                                                                    **Clerk of Court**

                                   **BY:**          *K. Mango*

                                                                    _____
                                                                    **Deputy Clerk**